Name & Address:
Mark D. Kremer (SB# 100978)
Rebecca A. Bellow (SB# 293360)
Conkle, Kremer & Engel, PLC
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation<br><br>PLAINTIFF(S)<br>v.<br>Xen Products and Marketing, Inc., a Texas corporation, doing business as Xen Tan Premium Sunless Tanning; an<br><br>DEFENDANT(S). | CASE NUMBER<br><br><br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __Mark D. Kremer/Rebecca A. Bellow__ , whose address is __Conkle, Kremer & Engel, 3130 Wilshire Blvd., Suite 500, Santa Monica, CA 90403__ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____   By: _____
                                              Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                               **SUMMONS**

CCD-1A